# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 11-3522

_____

Kelly Jones,                                    *
                                                *
            Appellant,                          *
                                                *    Appeal from the United States
      v.                                        *    District Court for the
                                                *    District of Minnesota.
Warden Jett, Federal Bureau of Prisons,         *
                                                *         [UNPUBLISHED]
            Appellee.                           *

_____

Submitted:  May 24, 2012
    Filed:   June 5, 2012

_____

Before WOLLMAN, MELLOY, and SMITH, Circuit Judges.

_____

PER CURIAM.

Federal inmate Kelly Jones appeals the district court's[1] denial of his 28 U.S.C. § 2241 petition. Having carefully reviewed the district court's factual findings for clear error and its conclusions of law de novo, see Hanegan v. Miller, 663 F.3d 349, 354 (8th Cir. 2011), we agree with the district court's analysis, see Superintendent v. Hill, 472 U.S. 445, 454-56 (1985) (requirements of due process are satisfied if "some evidence" supports disciplinary decision to revoke good-time credits); see also Harper

_____

[1]The Honorable Michael J. Davis, United States District Judge for the District of Minnesota, adopting the report and recommendations of the Honorable Arthur J. Boylan, United States Magistrate Judge for the District of Minnesota.

v. Lee, 938 F.2d 104, 105-06 (8th Cir. 1991) (per curiam) (where disciplinary rehearing rectified due process errors in first disciplinary hearing, prisoner was ultimately afforded his due process protections). Accordingly, the judgment is affirmed. See 8th Cir. R. 47B.

_____